UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                       Crim. No. 07-296 (JNE/RLE)
                                             ORDER

Frank Mitchell Gurno,

        Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Raymond L. Erickson, Chief United States Magistrate Judge, on October 5, 2007. Defendant objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.     Defendant's Pretrial Motion to Suppress Statements, Admissions, and Answers [Docket No. 15] is DENIED.

Dated: November 14, 2007

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge